1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   ANNABELLE J. YANG, CSBN 276380
7  Special Assistant United States Attorney
8       Social Security Administration
9       160 Spear St., Suite 800
        San Francisco, CA  94105
10      Telephone:  (510) 970-4867
11      Facsimile:  (415) 744-0134
        Email:  annabelle.yang@ssa.gov                    JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALMA MICHELLE TOLLIVER, | )<br>) Case No.: 2:20-CV-10614-AFM<br>)<br>)<br>) **[PROPOSED] JUDGMENT FOR**<br>) **REMAND**<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within

-1-

Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 6/8/2021

HON. ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE